UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

20-cv-80191-RLR
20-cv-80211-RLR
20-cv-80240-RLR
20-cv-80241-RLR
20-cv-80250-RLR
20-cv-80251-RLR
20-cv-14023-RLR
20-cv-80233-RLR
20-cv-80252-RLR
20-cv-80253-RLR
20-cv-80245-RLR
20-cv-80206-RLR
20-cv-20227-RLR
19-cv-81607-RLR
20-cv-80227-RLR

### ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are consolidated in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. It light of the consolidation of all cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

20-cv-80191-RLR
20-cv-80211-RLR
20-cv-80240-RLR
20-cv-80241-RLR
20-cv-80250-RLR

20-cv-80251-RLR
20-cv-14023-RLR
20-cv-80233-RLR
20-cv-80252-RLR
20-cv-80253-RLR
20-cv-80245-RLR
20-cv-80206-RLR
20-cv-80227-RLR
19-cv-81607-RLR
20-cv-80227-RLR

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of February, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record